# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                              **4:11-CR-00078-02-BRW**

**THURSA HARGROVE**

## ORDER

Pending is the Government's Motion to Dismiss the Indictment against Defendant Thursa Hargrove (Doc. No. 32). The Motion is GRANTED.

IT IS SO ORDERED this 26th day of January, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE